B1 (Official Form 1) (04/13)

| UNITED STATES BANKRUPTCY COURT<br>**SOUTHERN DISTRICT OF NEW YORK** | **VOLUNTARY PETITION** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**FIRST BRONX LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all): **203810298** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State):<br>**700 EAST 134TH STREET**<br>**BRONX, New York**<br>ZIP CODE **10454** | Street Address of Joint Debtor (No. and Street, City, and State):<br><br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**BRONX** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**79 RIVINGTON STREET**<br>**NEW YORK, NEW YORK**<br>ZIP CODE **10002** | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIP CODE | |

| Type of Debtor<br>(Form of Organization)<br>(Check **one** box.) | Nature of Business<br>(Check **one** box.) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check **one** box.) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☒ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☒ Other | ☐ Chapter 7<br>☐ Chapter 9<br>☒ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13<br>☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |

| Chapter 15 Debtors<br>Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding by, regarding, or against debtor is pending: | Tax-Exempt Entity<br>(Check box, if applicable.)<br>☐ Debtor is a tax-exempt organization under title 26 of the United States Code (the Internal Revenue Code). | Nature of Debts<br>(Check **one** box.)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."    ☒ Debts are primarily business debts. |
|---|---|---|

| Filing Fee (Check one box.) | Chapter 11 Debtors |
|---|---|
| ☒ Full Filing Fee attached.<br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☒ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (*amount subject to adjustment on 4/01/16 and every three years thereafter*).<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors
| ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |

Estimated Assets
| ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities
| ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1) (04/13)

| Voluntary Petition<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s): **FIRST BRONX LLC** |
|---|---|

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.)

| Location Where Filed: **NONE** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.)

| Name of Debtor: **NY AFFORDABLE HOUSING ALBANY ASSOCIATES LLC** | Case Number: **13-20007** | Date Filed: **July 26, 2013** |
|---|---|---|
| District: **SOUTHERN** | Relationship: **AFFILLIATE** | Judge: **ROBERT D. DRAIN** |

### Exhibit A
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐ Exhibit A is attached and made a part of this petition.

### Exhibit B
(To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).

X _____
   Signature of Attorney for Debtor(s)    (Date)

### Exhibit C
Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☒ No.

### Exhibit D
(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D, completed and signed by the debtor, is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D, also completed and signed by the joint debtor, is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box.)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1) (04/13)                                                                      Page 3

| **Voluntary Petition** <br> *(This page must be completed and filed in every case.)* | Name of Debtor(s): **FIRST BRONX LLC** |
|---|---|

### Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

Telephone Number (if not represented by attorney)

Date

**Signature of Attorney***

X _[signature]_
Signature of Attorney for Debtor(s)
**A. MITCHELL GREENE**
Printed Name of Attorney for Debtor(s)
**See Attachment 1**
Firm Name
**875 THIRD AVENUE, 9TH FLOOR**
**NEW YORK, New York 10022**
Address
**(212) 603-6300**
Telephone Number
1/13/14
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _[signature]_
Signature of Authorized Individual
**DAVID GOLDWASSER**
Printed Name of Authorized Individual
**GC REALTY ADVISORS LLC, MANAGING MEMBER**
Title of Authorized Individual
1/13/14
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____
Signature

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

# Attachment

**Attachment 1**

ROBINSON BROG LEINWAND GREENE GENOVESE & GLUCK P.C.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

In re:                                                                    Chapter 11

**FIRST BRONX, LLC,**                                       Case No.:

                      Debtor.
------------------------------------------------------------X

## CERTIFICATION OF RESOLUTION

I, the undersigned, David Goldwasser, as managing member GC Realty Advisors, LLC, the managing member of **First Bronx, LLC**, do hereby certify that at a meeting of the Company duly called and held on **January _13_**, 2014, the following resolutions were adopted and recorded in the Minute Book of the Company, and they have not been modified or rescinded, and are still in full force and effect:

    "**RESOLVED,** that in the judgment of the Company it is desirable and in the best interest of the Company, its creditors, partners and other interested parties, that a petition be filed by the Company for relief under Chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"); and it is further

    "**RESOLVED,** that the form of petition under Chapter 11 presented to this meeting is approved and adopted in all respects, and that David Goldwasser, as managing member GC Realty Advisors, LLC, the managing member of the Company, is authorized to execute and verify a petition substantially in such form and to cause the same to be filed with the United States Bankruptcy Court for the Southern District of New York at such time as he shall determine; and it is further

    "**RESOLVED,** that David Goldwasser, as managing member GC Realty Advisors, LLC, the managing member of the Company, is authorized to execute and file all petitions, reorganization schedules, lists and other papers and to take any and all other actions which he may deem necessary or proper in connection with such Chapter 11 case, and, in that connection, that the firm of Robinson Brog Leinwand Greene Genovese & Gluck P.C. be retained and employed as legal counsel for the Company

under a general retainer, in addition to such special counsel as may hereafter become necessary or proper with a view to the successful conclusion of such Chapter 11 case."

**IN WITNESS WHEREOF,** I have hereunto set my hand and seal of the Company this 13 day of **January, 2014**.

                        FIRST BRONX LLC

                        By: GC REALTY ADVISORS, LLC,
                        MANAGING MEMBER

                        By: _____
                        DAVID GOLDWASSER, MANAGING MEMBER

652181                         {00656027.DOC;1 }-2-

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In re:                                                                           Chapter 11

**FIRST BRONX LLC,**                                                  Case No.

                                    Debtor.
------------------------------------------------------------X

## AFFIRMATION PURSUANT TO LOCAL RULE 1007-2

STATE OF NEW YORK    )
                                            ) ss:
COUNTY OF NEW YORK )

David Goldwasser, being duly sworn, deposes and says:

1. I am the Managing Member of GC REALTY ADVISORS, LLC, the MANAGING MEMBER of **FIRST BRONX LLC** (the "Debtor"). I am fully familiar with the facts set forth herein, and am authorized to make this Affirmation on behalf of the Debtor.

2. The Debtor owns real property located at 700 East 134th Street, Bronx New York.

3. No pre-petition committee was organized prior to the Order for relief.

4. No property of the Debtor is in the possession and control of a receiver for the benefit of mortgagees and creditors.

5. The filing of this chapter 11 case was precipitated by an impending foreclosure action and the appointment of a receiver to manage the Debtor's property.

6. The purpose of filing this petition is to preserve the assets of the Debtor for the benefit of the creditors and to preserve priorities of creditors.

{00656225.DOC;1}392093

7. The estimated amount of payroll due the Debtor's employees, exclusive of officers, for a period of thirty days following the filing of the petition is $1,000.00.

8. Salaries currently being paid by the Debtor to the officers approximate $0.00 per month.

9. The estimated operating expense of the Debtor for the next **thirty days** is $56,706:

### INCOME

| | |
|---|---|
| Gross Rent Roll: | $21,155.00 |
| Vacancy Loss 10% | ($2,116) |
| Laundry Machine | $40 |
| **Total Income:** | **$19,080** |

### EXPENSES

| | |
|---|---|
| Property Tax | $39,790 |
| Insurance | $1,660 |
| Fuel | $10,000 |
| Repairs and Maintenance | $1,000 |
| Utilities | $695 |
| Payroll | $1,000 |
| Legal Fees | $650 |
| Accounting Fees | $667 |
| Administrative Fees | $100 |
| Management Fees | $1,145 |
| **Total Estimated Expenses:** | **$56,706** |
| **NET INCOME:** | **($37,626)** |

/s/ [signature]

**Managing Member**, GC Realty Advisors, LLC
**David Goldwasser,** Managing Member

B 4 (Official Form 4) (12/07)

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

In re   FIRST BRONX LLC,
              Debtor

Case No. _____

Chapter          11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| WILDER REALTY 79 RIVINGTON STREET NEW YORK, NEW YORK 10002 | | | | $60,000.00 |
| EMINENT REALTY, LLC 343 SUMMIT AVENUE CEDARHURST, NEW YORK 11516 | | | | $20,000.00 |
| HARRY ZUBLI 1010 NORTHERN BOULEVARD SUITE 310 GREAT NECK, NEW YORK 11021 | | | | $15,000.00 |
| CASTLE OIL 440 MAMARONECK AVENUE HARRISON, NEW YORK 10528 | | | | $9,381.35 |
| WILDER REALTY 79 RIVINGTON STREET NEW YORK, NEW YORK 10002 | | | | $9,200.00 |

B 4 (Official Form 4) (12/07)

| | |
|---|---|
| VICTOR WEINBERG, CPA<br>105 CEDAR DRIVE WEST<br>PLAINVIEW, NEW YORK 11803 | $3,000.00 |
| JACK JAFF & ASSOCIATES<br>147 PRINCE STREET<br>BROOKLYN, NEW YORK 11204 | $2,345.00 |
| CASEACT<br>PO BOX 040211<br>BROOKLYN, NEW YORK 11204 | $378.00 |

Date: _____

_____
Debtor

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, DAVID GOLDWASSER, of FIRST BRONX LLC named as the debtor in this case, declare under penalty of perjury that I have read the foregoing Amended - List of Creditors Holding 20 Largest Unsecured Claims and that it is true and correct to the best of my information and belief.

Date: 1/13/14

DAVID GOLDWASSER,

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re: **FIRST BRONX LLC**

Debtors

Case No. _____

Chapter __11__

# VERIFICATION OF CREDITOR MATRIX

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors is complete, correct and consistent with the debtor's schedules pursuant to Local Bankruptcy Rules and I/we assume all responsibility for errors and omissions.

Dated: 1/13/14            Signed: [signature]

Dated: _____            Signed: _____

Signed: _____

Attorney for Debtor(s)
Bar no.:

Telephone No.:
Fax No.:
E-mail address:

```
FIRST BRONX LLC
700 EAST 134TH STREET
BRONX, NY 10454


A. MITCHELL GREENE
875 THIRD AVENUE, 9TH FLOOR
NEW YORK, NY 10022


AARON GARRETT
700 EAST 134TH STREET, LC
BRONX, NY 10454


ANN NUNEZ
700 EAST 134TH STREET, 2B
BRONX, NY 10454


ARI GOLDMAN
20-26 INDUSTRIAL AVENUE
FAIRVIEW, NJ


CASEACT
PO BOX 040211
BROOKLYN, NY 11204


CASTLE OIL
440 MAMARONECK AVENUE
HARRISON, NY 10528


CLAUDIA WATERTON
700 EAST 134TH STREET, 4C
BRONX, NY 10454


COINMACH
109 LAFAYETTE DRIVE
SYOSSET, NY 11791
```

COURTLAND HANKINS
700 EAST 134TH STREET, 4B
BRONX, NY 10454


DANIEL LEBENSOHN
20 EAST 10TH STREET, #704
NEW YORK, NY 10003


EMANUEL YONKO
700 EAST 134TH STREET, 2D
BRONX, NY 10454


EMINENT REALTY, LLC
343 SUMMIT AVENUE
CEDARHURST, NY 11516


EMRAV ABBE
**26 LAWRENCE ROAD**
**SCARSDALE, NY 10583**


ERIC ADIDIN
356 BRYANT AVENUE
ROSLYN HARBOR, NY 11576


FANNIE MAE
C/O LINDA MANDEL GATES
PLATZER, SWERGOLD, KARLIN, LEVINE, GOLDB
1065 AVENUE OF THE AMERICAS
NEW YORK, NY 10018


GC REALTY ADVISORS LLC
C/O MAS MANAGEMENT, 15 MAIDEN LANE, SUIT
NEW YORK, NY 10038


HARRY ZUBLI
1010 NORTHERN BOULEVARD
SUITE 310
GREAT NECK, NY 11021

HARRY ZUBLI
1010 NORTHERN BOULEVARD, SUITE 310
GREAT NECK, NY 11021


INTERNAL REVENUE SERVICE
P.O. BOX 7346
PHILADELPHIA, PA 19114


JACK JAFF & ASSOCIATES
147 PRINCE STREET
BROOKLYN, NY 11204


JAMES BERRIDGE
700 EAST 134TH STREET, 3D
BRONX, NY 10454


JIMMY GRANT
700 EAST 134TH STREET
GARDEN APARTMENT
BRONX, NY 10454


JOHNY CONCEPTION
700 EAST 134TH STREET, LB
BRONX, NY 10454


JOSHUA FLORES
700 EAST 134TH STREET, 1B
BRONX, NY 10454


KEVIN STONE
700 EAST 134TH STREET, 1A
BRONX, NY 10454


KURT & MARCI JACOBS
28 EAST 10TH STREET
NEW YORK, NY 10003

LILIAN BOROFSKY
435 BRYANT AVENUE
ROSLYN HARBOR, NY 11576


MATTHEW TELLIER
700 EAST 134TH STREET, 4D
BRONX, NY 10454


MIKE KEOUGH
700 EAST 134TH STREET, 4A
BRONX, NY 10454


MYRIAM COLON
700 EAST 134TH STREET, 3A
BRONX, NY 10454


NATALIE PEREZ
700 EAST 134TH STREET, 3B
BRONX, NY 10454


NEW YORK STATE DEPARTMENT OF FINANCE (BA
BANKRUPTCY/SPECIAL PROCEDURES SECT, P.O.
ALBANY, NY 12205-0300


NYC DEPARTMENT OF FINANCE
ATTN: LEGAL AFFAIRS - DEVORA COHN, 345 A
BROOKLYN, NY 11201


PAUL DONAHUE
700 EAST 134TH STREET, 2C
BRONX, NY 10454


REUBEN ANTWI
700 EAST 134TH STREET, 3C
BRONX, NY 10454

ROBERT SCHEIBER
700 EAST 134TH STREET, LD
BRONX, NY 10454

SAMUEL BOROFSKY
435 BRYANT AVENUE
ROSLYN HARBOR, NY 11576

SCOTT COHEN
20 EAST 20TH STREET
NEW YORK, NY

SUPER LAZER
700 EAST 134TH STREET, 2A
BRONX, NY 10454

TAIMA APONTE
700 EAST 134TH STREET, LA
BRONX, NY 10454

TARAMARIA CAPOZELLO, 1C
700 EAST 134TH STREET
BRONX, NY 10454

VICTOR WEINBERG, CPA
105 CEDAR DRIVE WEST
PLAINVIEW, NY 11803

VISTA MEDIA GROUP
700 EAST 134TH STREET
BRONX, NY 10454

WILDER REALTY
79 RIVINGTON STREET
NEW YORK, NY 10002

```
YVETTE EDIDIN
365 BRYANT AVENUE
ROSLYN HARBOR, NY 11576


ZULKA MARZAN
700 EAST 134TH STREET, 1D
BRONX, NY 10454
```